**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
　JASON LEE STARR

　　　　Debtor(s)
　Ronda J. Winnecour, Trustee
　　　Movant
　　　　vs.
　JASON LEE STARR

　　　Respondents

Case No. 18-23753GLT

FILED
7/16/21 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Chapter 13

Document No. 76

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 16th day of July, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Minnesota Limited
Attn: Payroll Manager
18640 200Th St
Po Box 410
Big Lake, MN 55309

is hereby ordered to immediately terminate the attachment of the wages of JASON LEE STARR, social security number XXX-XX-3529. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JASON LEE STARR.

Dated: July 16, 2021

BY THE COURT:

_____
GREGORY L. TADDONIO  hct
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23753-GLT |
| Jason Lee Starr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason Lee Starr, 32891 Mann Road, Logan, OH 43138-8966 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021              Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Jason Lee Starr ricelaw1@verizon.net lowdenscott@gmail.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com |
| Joseph F. Nicotero | on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net

Thomas Song
    on behalf of Creditor PNC Bank  NA pawb@fedphe.com

TOTAL: 8