# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23753 GLT |
| Jason Lee Starr | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Related to Doc No. 74 |
| ============================== | : | |
| Scott R. Lowden, Esq., | : | |
| Applicant, | : | Hrg: 8/18/21 at 2:30 PM |
| v. | : | |
| No Respondent | : | |
| Respondent | : | |

## CERTIFICATION OF NO RESPONSE REGARDING APPLICATION FOR PROFESSIONAL FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on  July 14, 2021  has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Application were to be filed and served no later than  July 31, 2021 .

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: August 2, 2021

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Rice & Associates Law Firm
15 W. Beau St.
Washington, PA 15301
(412) 374-7161
lowdenscott@gmail.com
PA. ID 72116