IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Jason Lee Starr : | : | Bankruptcy No. 18-bk-23753-GLT |
| | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Jason Starr, | : | Related to Document No. 83 and 86 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | September 22, 2021 at 10:00 a.m. |
| No Respondent | : | |

**CERTIFICATE OF SERVICE OF DEBTOR'S MOTION THAT THE TRUSTEE BE ORDERED TO ABANDON DEBTOR'S CLAIMS AGAINST CLEARVIEW**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) August 17, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 17, 2021

By:  s/ Carlo Sabatini
Signature

Carlo Sabatini
Typed Name

216 N. Blakely St., Dunmore, PA 18512
Address

(570) 341-9000
Phone No.

83831, Pennsylvania
List Bar I.D. and State of Admission

# Service by NEF

Jerome B. Blank on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
pawb@fedphe.com

Scott R. Lowden on behalf of Debtor Jason Lee Starr
niclowlgl@comcast.net

Brian Nicholas on behalf of Creditor PNC BANK, NATIONAL ASSOCIATION
bnicholas@kmllawgroup.com

Joseph F. Nicotero on behalf of Debtor Jason Lee Starr
niclowlgl@comcast.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

David A. Rice on behalf of Debtor Jason Lee Starr
ricelaw1@verizon.net, lowdenscott@gmail.com

Thomas Song on behalf of Creditor PNC Bank, NA
pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23753-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Aug 17 12:07:52 EDT 2021 | Atlantic Credit & Finance, Inc.<br>P.O. Box 13386<br>Roanoke, VA 24033-3386 | Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 |
| CMC / Canonsburg Hospital<br>2121 Noblestiown Road<br>Pittsburgh, PA 15205-3956 | CMC / TriState Surgery<br>2121 Noblestiown Road<br>Pittsburgh, PA 15205-3956 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 |
| Canonsburg Hospital<br>attn Billing Dept.<br>P.O. Box 644921<br>Pittsburgh, PA 15264-4921 | Cap1/bstby<br>P.O. Box 9001007<br>Louisville, KY 40290-1007 | Capital One / Union Plus<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive<br>Suite 400<br>, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Clearview Cu<br>Attn: Bankruptcy<br>8805 University Blvd<br>Moon Township, PA 15108-4212 | Collection Service / Path Assoc Wash<br>Attn: Bankruptcy<br>Po Box 560<br>New Kensington, PA 15068-0560 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | Direct TV<br>P.O. Box 5007<br>Carol Stream, IL 60197-5007 | Domestic Relations Washington Co.<br>29 West Cherry Street, #311<br>Washington, PA 15301-6807 |
| Huntington National Bank<br>P.O. Box 5065<br>Cleveland, OH 44101-0065 | Huntington Natl Bk<br>7 Easton Oval<br>Columbus, OH 43219-6060 | Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 |
| Keystone Collections Group / Trinity Sch<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | Lowes<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Joseph F. Nicotero<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PA Office of UC Benefits<br>651 Boas Street, Room 608<br>Harrisburg, PA 17121-0725 | PA-American Water<br>P.O. Box 371412<br>Pittsburgh, PA 15250-7412 | PNC Bank<br>c/o Abigail Brunner, Esq.<br>1617 JFK Blvd., Suite 1400<br>Philadelphia, PA 19103-1814 |

| | | |
|---|---|---|
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | ~~David A. Rice~~<br>~~Rice & Associates Law Firm~~<br>~~15 West Beau Street~~<br>~~Washington, PA 15301-6806~~ |
| ~~Sabatini Freeman, LLC~~<br>~~216 N. Blakely St.~~<br>~~Dunmore, PA 18512-1904~~ | ~~Thomas Song~~<br>~~Phelan Hallinan Diamond & Jones, LLP~~<br>~~1617 JFK Boulevard~~<br>~~Suite 1400~~<br>~~Philadelphia, PA 19103-1814~~ | Sprint<br>P.O. Box 4191<br>El Dorado Hills, CA 95762-0014 |
| Jason Lee Starr<br>32891 Mann Road<br>Logan, OH 43138-8966 | Syncb/amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/ HH Gregg<br>Attn: Bankruptcy Dept<br>Po Box 960013<br>Orlando, FL 32896-0013 |
| Synchrony Bank/Briggs & Straton<br>Attn: Bankruptcy<br>Po Box 9601<br>Orlando, FL 32896-0001 | The Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 | WASHINGTON EAST WASHINGTON JOINT AUTHORITY<br>C/O WEWJA<br>2 WILSON AVE<br>WASHINGTON, PA 15301-3335 |
| West Penn Power<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 | West Penn Power<br>P.O. Box 6387<br>Akron, OH 44312 | ~~Ronda J. Winnecour~~<br>~~Suite 3250, USX Tower~~<br>~~600 Grant Street~~<br>~~Pittsburgh, PA 15219-2702~~ |