Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jason Lee Starr** | : | Case No. 18−23753−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 90 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/8/21 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 90 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before November 10, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *December 8, 2021 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-23753-GLT
Jason Lee Starr  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 3
Date Rcvd: Sep 27, 2021     Form ID: 604     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason Lee Starr, 32891 Mann Road, Logan, OH 43138-8966 |
| sp | + | Sabatini Freeman, LLC, 216 N. Blakely St., Dunmore, PA 18512-1904 |
| 14919967 | + | CMC / Canonsburg Hospital, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14919968 | + | CMC / TriState Surgery, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14944448 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14919961 | + | Canonsburg Hospital, attn Billing Dept., P.O. Box 644921, Pittsburgh, PA 15264-4921 |
| 14919962 | + | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14919969 | + | Collection Service / Path Assoc Wash, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14919973 | + | Domestic Relations Washington Co., 29 West Cherry Street, #311, Washington, PA 15301-6807 |
| 14983412 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919976 | + | Keystone Collections Group / Trinity Sch, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919978 | + | PA Office of UC Benefits, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14919979 | + | PA-American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14919981 | + | PNC Bank, c/o Abigail Brunner, Esq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14919987 | + | Synchrony Bank/Briggs & Straton, Attn: Bankruptcy, Po Box 9601, Orlando, FL 32896-0001 |
| 14919988 | + | West Penn Power, P.O. Box 6387, Akron, OH 44312 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14919963 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:48 | Capital One / Union Plus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14940235 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2021 23:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14919965 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:54 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14919966 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 27 2021 23:25:00 | Clearview Cu, Attn: Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14919971 | + | Email/Text: documentfiling@lciinc.com | Sep 27 2021 23:24:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14919972 | + | Email/Text: G06041@att.com | Sep 27 2021 23:25:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14919974 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2021 23:25:00 | Huntington National Bank, P.O. Box 5065, Cleveland, OH 44101-0065 |
| 14919975 | + | Email/Text: bankruptcy@huntington.com | | |

Case 18-23753-GLT   Doc 92   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 38 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2021 23:25:00 | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14919964 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:35 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14919977 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:22 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14959553 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14959265 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919980 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | Pnc Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14919982 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:51 | Portfolio Recovery, 120 Corportate Blvd., Norfolk, VA 23502 |
| 14948028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14920809 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919985 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:22 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14919986 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:37 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 960013, Orlando, FL 32896-0013 |
| 14923258 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2021 23:25:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14919989 | + | Email/Text: customerservice@wewja.org | Sep 27 2021 23:25:00 | WASHINGTON EAST WASHINGTON JOINT AUTHORITY, C/O WEWJA, 2 WILSON AVE, WASHINGTON, PA 15301-3335 |
| 14955879 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2021 23:25:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Suite 400 |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919970 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 15135586 | ##+ | Atlantic Credit & Finance, Inc., P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14919984 | ##+ | Sprint, P.O. Box 4191, El Dorado Hills, CA 95762-0014 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 604 | Total Noticed: 38 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021                                              Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

**Name**           **Email Address**

Brian Nicholas
                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Carlo Sabatini
                   on behalf of Debtor Jason Lee Starr carlo@bankruptcypa.com
                   usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com

David A. Rice
                   on behalf of Debtor Jason Lee Starr ricelaw1@verizon.net  lowdenscott@gmail.com

Jerome B. Blank
                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pawb@fedphe.com

Joseph F. Nicotero
                   on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                   on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net

Thomas Song
                   on behalf of Creditor PNC Bank  NA pawb@fedphe.com

TOTAL: 9