**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JASON LEE STARR<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>         vs.<br>No Respondents. | Case No.:18-23753<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

September 24, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/24/2018 and confirmed on 10/31/18. The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 42,809.77 |
| Less Refunds to Debtor | 926.59 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,883.18 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,281.50 | |
|    Trustee Fee | 2,195.40 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,476.90 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8426 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 16,562.70 | 0.00 | 16,562.70 |
|     Acct: 5703 | | | | |
|   KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ATLANTIC CREDIT & FINANCE INC | 2,590.00 | 2,590.00 | 135.92 | 2,725.92 |
|     Acct: 9084 | | | | |
| | | | | 19,288.62 |
| **Priority** | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON LEE STARR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON LEE STARR | 926.59 | 926.59 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NICOTERO & LOWDEN PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 2,554.65 | 2,554.65 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-19 | | | | |
|   RICE AND ASSOCIATES | 2,726.85 | 2,726.85 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-21 | | | | |
|   WASHINGTON COUNTY** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRINITY ASD (N FRANKLIN TWP) EIT | 590.27 | 590.27 | 0.00 | 590.27 |
|     Acct: 3529 | | | | |
|   NORTH FRANKLIN TWP (EIT) | 590.27 | 590.27 | 0.00 | 590.27 |
|     Acct: 3529 | | | | |
| | | | | 1,180.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   CANONSBURG HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1508 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6800 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3806 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0755 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7240 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5376 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9105 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: UT9N | | | | |
|   COLUMBIA GAS OF PA INC(*) | 450.37 | 450.37 | 0.00 | 450.37 |
|     Acct: 3529 | | | | |
|   COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3934 | | | | |
|   DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2375 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5703 | | | | |
|   LOWES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA AMERICAN WATER(*) AKA AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8280 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0028 | | | | |
|   SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5373 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9084 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WEST PENN POWER* | 3,637.23 | 3,637.23 | 0.00 | 3,637.23 |
|     Acct: 9707 | | | | |
|   WASHINGTON/EAST WASHINGTON JOINT | 284.00 | 284.00 | 0.00 | 284.00 |
|     Acct: 4640 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,119.38 | 3,119.38 | 0.00 | 3,119.38 |
|     Acct: 0006 | | | | |
|   CLEARVIEW FCU** | 3,446.14 | 3,446.14 | 0.00 | 3,446.14 |
|     Acct: 9459 | | | | |
|   CANONSBURG HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0221 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

18-23753                                                                                               Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 10,937.12 |

TOTAL PAID TO CREDITORS                                                                      31,406.28

TOTAL CLAIMED
PRIORITY        1,180.54
SECURED         2,590.00
UNSECURED      10,937.12


Date: 09/24/2021                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JASON LEE STARR<br>　　　　Debtor(s)<br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:18-23753<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23753-GLT |
| Jason Lee Starr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: jhel | | Page 1 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason Lee Starr, 32891 Mann Road, Logan, OH 43138-8966 |
| sp | + | Sabatini Freeman, LLC, 216 N. Blakely St., Dunmore, PA 18512-1904 |
| 14919967 | + | CMC / Canonsburg Hospital, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14919968 | + | CMC / TriState Surgery, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14944448 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14919961 | + | Canonsburg Hospital, attn Billing Dept., P.O. Box 644921, Pittsburgh, PA 15264-4921 |
| 14919962 | + | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14919969 | + | Collection Service / Path Assoc Wash, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14919973 | + | Domestic Relations Washington Co., 29 West Cherry Street, #311, Washington, PA 15301-6807 |
| 14983412 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919976 | + | Keystone Collections Group / Trinity Sch, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919978 | + | PA Office of UC Benefits, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14919979 | + | PA-American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14919981 | + | PNC Bank, c/o Abigail Brunner, Esq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14919987 | + | Synchrony Bank/Briggs & Straton, Attn: Bankruptcy, Po Box 9601, Orlando, FL 32896-0001 |
| 14919988 | + | West Penn Power, P.O. Box 6387, Akron, OH 44312 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14919963 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:36 | Capital One / Union Plus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14940235 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2021 23:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14919965 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:41 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14919966 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 27 2021 23:25:00 | Clearview Cu, Attn: Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14919971 | + | Email/Text: documentfiling@lciinc.com | Sep 27 2021 23:24:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14919972 | + | Email/Text: G06041@att.com | Sep 27 2021 23:25:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14919974 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2021 23:25:00 | Huntington National Bank, P.O. Box 5065, Cleveland, OH 44101-0065 |
| 14919975 | + | Email/Text: bankruptcy@huntington.com | | |

Case 18-23753-GLT    Doc 93    Filed 09/29/21    Entered 09/30/21 00:35:58    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2021 23:25:00 | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14919964 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 27 2021 23:39:47 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14919977 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:36 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14959553 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14959265 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919980 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | Pnc Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14919982 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 27 2021 23:24:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:27 | Portfolio Recovery, 120 Corportate Blvd., Norfolk, VA 23502 |
| 14948028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14920809 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 27 2021 23:39:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919985 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:22 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14919986 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:24 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 960013, Orlando, FL 32896-0013 |
| 14923258 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2021 23:25:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14919989 | + | Email/Text: customerservice@wewja.org | Sep 27 2021 23:25:00 | WASHINGTON EAST WASHINGTON JOINT AUTHORITY, C/O WEWJA, 2 WILSON AVE, WASHINGTON, PA 15301-3335 |
| 14955879 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 27 2021 23:25:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Suite 400 |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919970 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 15135586 | ##+ | Atlantic Credit & Finance, Inc., P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14919984 | ##+ | Sprint, P.O. Box 4191, El Dorado Hills, CA 95762-0014 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 38 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021                     Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Carlo Sabatini
on behalf of Debtor Jason Lee Starr carlo@bankruptcypa.com
usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com

David A. Rice
on behalf of Debtor Jason Lee Starr ricelaw1@verizon.net lowdenscott@gmail.com

Jerome B. Blank
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com

Joseph F. Nicotero
on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Scott R. Lowden
on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net

Thomas Song
on behalf of Creditor PNC Bank NA pawb@fedphe.com

TOTAL: 9