**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason Lee Starr** | Social Security number or ITIN  **xxx−xx−3529** |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18−23753−GLT**

# Order of Discharge                                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Jason Lee Starr

<u>11/15/21</u>                                                                                                    **By the court:**   <u>Gregory L. Taddonio</u>
                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23753-GLT |
| Jason Lee Starr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 3 |
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason Lee Starr, 32891 Mann Road, Logan, OH 43138-8966 |
| sp | + | Sabatini Freeman, LLC, 216 N. Blakely St., Dunmore, PA 18512-1904 |
| 14919967 | + | CMC / Canonsburg Hospital, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14919968 | + | CMC / TriState Surgery, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14944448 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14919961 | + | Canonsburg Hospital, attn Billing Dept., P.O. Box 644921, Pittsburgh, PA 15264-4921 |
| 14919962 | + | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14919969 | + | Collection Service / Path Assoc Wash, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14919973 | + | Domestic Relations Washington Co., 29 West Cherry Street, #311, Washington, PA 15301-6807 |
| 14983412 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919976 | + | Keystone Collections Group / Trinity Sch, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919978 | + | PA Office of UC Benefits, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14919979 | + | PA-American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14919987 | + | Synchrony Bank/Briggs & Straton, Attn: Bankruptcy, Po Box 9601, Orlando, FL 32896-0001 |
| 14919988 | + | West Penn Power, P.O. Box 6387, Akron, OH 44312 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 16 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 16 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 23:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14919963 | + | EDI: CAPITALONE.COM | Nov 16 2021 04:23:00 | Capital One / Union Plus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14940235 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2021 23:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 18-23753-GLT    Doc 97    Filed 11/17/21    Entered 11/18/21 00:29:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14919965 | + | EDI: CITICORP.COM | Nov 16 2021 04:23:00 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14919966 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 15 2021 23:29:00 | Clearview Cu, Attn: Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14919971 | + | EDI: COMCASTCBLCENT | Nov 16 2021 04:23:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14919972 | + | EDI: DIRECTV.COM | Nov 16 2021 04:23:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14919974 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2021 23:29:00 | Huntington National Bank, P.O. Box 5065, Cleveland, OH 44101-0065 |
| 14919975 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2021 23:29:00 | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14919964 | | EDI: JPMORGANCHASE | Nov 16 2021 04:23:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14919977 | + | EDI: RMSC.COM | Nov 16 2021 04:23:00 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14959553 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14959265 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919980 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | Pnc Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14919982 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919981 | + | EDI: BANKAMER2.COM | Nov 16 2021 04:23:00 | PNC Bank, c/o Abigail Brunner, Esq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14919983 | | EDI: PRA.COM | Nov 16 2021 04:23:00 | Portfolio Recovery, 120 Corportate Blvd., Norfolk, VA 23502 |
| 14948028 | | EDI: PRA.COM | Nov 16 2021 04:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14920809 | + | EDI: RECOVERYCORP.COM | Nov 16 2021 04:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919985 | + | EDI: RMSC.COM | Nov 16 2021 04:23:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14919986 | + | EDI: RMSC.COM | Nov 16 2021 04:23:00 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 960013, Orlando, FL 32896-0013 |
| 14923258 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2021 23:29:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14919989 | + | Email/Text: customerservice@wewja.org | Nov 15 2021 23:29:00 | WASHINGTON EAST WASHINGTON JOINT AUTHORITY, C/O WEWJA, 2 WILSON AVE, WASHINGTON, PA 15301-3335 |
| 14955879 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 15 2021 23:29:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason    Name and Address**

| | | |
|---|---|---|
| cr | | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Suite 400 |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919970 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 15135586 | ##+ | Atlantic Credit & Finance, Inc., P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14919984 | ##+ | Sprint, P.O. Box 4191, El Dorado Hills, CA 95762-0014 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Carlo Sabatini | on behalf of Debtor Jason Lee Starr carlo@bankruptcypa.com usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com |
| David A. Rice | on behalf of Debtor Jason Lee Starr ricelaw1@verizon.net  lowdenscott@gmail.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pawb@fedphe.com |
| Joseph F. Nicotero | on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net |
| Thomas Song | on behalf of Creditor PNC Bank  NA pawb@fedphe.com |

TOTAL: 9