**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/15/21 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

    JASON LEE STARR

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:18-23753

Chapter 13

Related to Dkt. No. 90

**ORDER OF COURT**

  AND NOW, this  15th  day of  November 2021,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO
U.S. BANKRUPTCY JUDGE

jah

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23753-GLT |
| Jason Lee Starr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 3
Date Rcvd: Nov 15, 2021     Form ID: pdf900     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason Lee Starr, 32891 Mann Road, Logan, OH 43138-8966 |
| sp | + | Sabatini Freeman, LLC, 216 N. Blakely St., Dunmore, PA 18512-1904 |
| 14919967 | + | CMC / Canonsburg Hospital, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14919968 | + | CMC / TriState Surgery, 2121 Noblestiown Road, Pittsburgh, PA 15205-3956 |
| 14944448 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, PO BOX 117, COLUMBUS, OH 43216 |
| 14919961 | + | Canonsburg Hospital, attn Billing Dept., P.O. Box 644921, Pittsburgh, PA 15264-4921 |
| 14919962 | + | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14919969 | + | Collection Service / Path Assoc Wash, Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 14919973 | + | Domestic Relations Washington Co., 29 West Cherry Street, #311, Washington, PA 15301-6807 |
| 14983412 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919976 | + | Keystone Collections Group / Trinity Sch, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14919978 | + | PA Office of UC Benefits, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |
| 14919979 | + | PA-American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14919981 | + | PNC Bank, c/o Abigail Brunner, Esq., 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14919987 | + | Synchrony Bank/Briggs & Straton, Attn: Bankruptcy, Po Box 9601, Orlando, FL 32896-0001 |
| 14919988 | + | West Penn Power, P.O. Box 6387, Akron, OH 44312 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14919963 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:27:59 | Capital One / Union Plus, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14940235 | + | Email/Text: bankruptcy@cavps.com | Nov 15 2021 23:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14919965 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:23 | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14919966 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 15 2021 23:29:00 | Clearview Cu, Attn: Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14919971 | + | Email/Text: documentfiling@lciinc.com | Nov 15 2021 23:29:00 | Comcast, P.O. Box 3001, Southeastern, PA 19398-3001 |
| 14919972 | + | Email/Text: G06041@att.com | Nov 15 2021 23:29:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14919974 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2021 23:29:00 | Huntington National Bank, P.O. Box 5065, Cleveland, OH 44101-0065 |
| 14919975 | + | Email/Text: bankruptcy@huntington.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 15 2021 23:29:00 | Huntington Natl Bk, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14919964 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 15 2021 23:28:10 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14919977 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:27:59 | Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14959553 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14959265 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919980 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | Pnc Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14919982 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 23:29:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14919983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:28:22 | Portfolio Recovery, 120 Corportate Blvd., Norfolk, VA 23502 |
| 14948028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:28:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14920809 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2021 23:28:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919985 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:28:10 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14919986 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:28:10 | Synchrony Bank/ HH Gregg, Attn: Bankruptcy Dept, Po Box 960013, Orlando, FL 32896-0013 |
| 14923258 | + | Email/Text: bankruptcy@huntington.com | Nov 15 2021 23:29:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 14919989 | + | Email/Text: customerservice@wewja.org | Nov 15 2021 23:29:00 | WASHINGTON EAST WASHINGTON JOINT AUTHORITY, C/O WEWJA, 2 WILSON AVE, WASHINGTON, PA 15301-3335 |
| 14955879 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 15 2021 23:29:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive, Suite 400 |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | PNC Bank, NA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14919970 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas, P.O. Box 742537, Cincinnati, OH 45274 |
| 15135586 | ##+ | Atlantic Credit & Finance, Inc., P.O. Box 13386, Roanoke, VA 24033-3386 |
| 14919984 | ##+ | Sprint, P.O. Box 4191, El Dorado Hills, CA 95762-0014 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 3 of 3 |
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 38 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2021                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Carlo Sabatini
    on behalf of Debtor Jason Lee Starr carlo@bankruptcypa.com
    usbkct@bankruptcypa.com;kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com

David A. Rice
    on behalf of Debtor Jason Lee Starr ricelaw1@verizon.net  lowdenscott@gmail.com

Jerome B. Blank
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION pawb@fedphe.com

Joseph F. Nicotero
    on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Jason Lee Starr niclowlgl@comcast.net

Thomas Song
    on behalf of Creditor PNC Bank  NA pawb@fedphe.com

TOTAL: 9